# UNITED STATES DISTRICT COURT
for the
District of Maine
_____ Division

2019 AUG 19 P 3:31

DEPUTY CLERK

| | |
|---|---|
| Louis Bruce Salvato<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>"See attached"<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Louis Bruce Salvato
Street Address: 211 Cumberland Ave. #1110
City and County: Portland / Cumberland
State and Zip Code: Maine 04101-4917
Telephone Number: 207-671-9856
E-mail Address: louis.salvato@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Portland Housing Authority
Job or Title (if known): to include Board of commissioners (8)
Street Address: 14 Baxter Boulevard
City and County: Portland / Cumberland
State and Zip Code: Maine 04101
Telephone Number: 207-773-4753
E-mail Address (if known):

Defendant No. 2

Name: Mark B. Adelson
Job or Title (if known): Executive Director / Portland Housing Authority
Street Address: 14 Baxter Boulevard
City and County: Portland / Cumberland
State and Zip Code: Maine 04101
Telephone Number: 207-773-4753
E-mail Address (if known):

Defendant No. 3

Name: Trevor Nugent
Job or Title (if known): Director of Public Housing - Portland Housing Authority
Street Address: 14 Baxter Boulevard
City and County: Portland / Cumberland
State and Zip Code: Maine 04101
Telephone Number: 207-773-4753
E-mail Address (if known):

Defendant No. 4

Name: Clayton Williams
Job or Title (if known): Property Manager / Franklin Towers / Ptld Housing Authority Prop.
Street Address: 211 Cumberland Ave. / 61 Wilmot St.
City and County: Portland / Cumberland
State and Zip Code: Maine 04101
Telephone Number: 207-221-8040
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment & 14th Amendment of U.S. Constitution Section 1

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.      If the defendant is a corporation

         The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

         Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     **The Amount in Controversy**

        The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

III.    **Statement of Claim**

[Handwritten margin note: *of Note: these two Examples vs not many separate incidents*]

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

[Handwritten:]
① May 10, 2018; I was issued a first & final warning for an outburst I experienced in the Franklin Towers/Portland Housing Authority office about abhorrent, outlandish patterns of abuse directed at me by other tenants, and for repeated violations of substandard, unsafe housing accommodations that I had to be subjected to for over 3.5 yrs.

② On numerous, several other dates I was lied to, told untruths, dismissed, or denied reasonable accommodations, the rights to live sustainably while attempting to maintain my mental & physical well-being. Portland Housing Authority repeatedly placed restrictions, limits, major inconveniences that exacerbated my anxiety, physical symptoms of medical conditions & chronic disease.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Please Note:* Multiple Dates too Numerous to list, beginning Spring of 2015, up until present date. Each defendant has been instrumental to my being denied and/or punished for speaking my mind when injustices have been committed against me, and whenever my Unalienable Rights, among these my fundamental Right to seek personal well-being to my Life, liberty to my basic human rights that we all rely on to seek happiness are being violated repeatedly. I can not in any manner, means or way live a Life of Liberty because Portland Housing Authority either hinders or prevents me from doing so.
(Please See Attached p. 4 & 5)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking damages & court relief in the form of monetary awards, a court-ordered, independently overseen consent-decree, and reparations that are specific to the 4.5 years of life and liberty that was robbed from me by Portland Housing Authority's willful negligence, lack of concern and remedial actions. Consequently I have documented evidence of increased anxiety, depression, deteriorating kidney disease progression. I seek monetary damages in the amount of one million dollars for pain and suffering, loss of real lifetime measured in years, and punitive damages to be assessed @ 250K for Portland Housing Authority's abuse, lack of concern/actions to reme-

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Aug 19th, 2019*

Signature of Plaintiff: *Louis B. Salvato*
Printed Name of Plaintiff: *Louis B. Salvato*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 19th, 2019

Signature of Plaintiff  *Louis B. Salvato*
Printed Name of Plaintiff  Louis B. Salvato

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____