UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LOUIS BRUCE SALVATO, | ) |
| Plaintiff | ) ) ) |
| v. | ) 2:19-CV-00384-LEW ) |
| PORTLAND HOUSING AUTHORITY, *et al.*, | ) ) ) ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On September 17, 2019, the United States Magistrate Judge filed with the Court his Order Granting Leave to Proceed In Forma Pauperis and Recommended Decision on 28 U.S.C. § 1915(e)(2) Review (ECF No. 4). The Magistrate Judge recommended, after screening Plaintiff's complaint, that Plaintiff be permitted to proceed with his first amendment retaliation and procedural due process claims against Defendants, and that the Court enlarge the deadline for service of the Complaint to 90 days from the acceptance of the recommendation.

The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED, without prejudice to Defendants' right to answer by means of a motion to dismiss, should they identify grounds for such a challenge. Given the foregoing, Plaintiff's Motion for Service (ECF No. 6) is GRANTED.

**SO ORDERED.**

Dated this 18th day of November, 2019.

/s/ Lance E. Walker
**U.S. DISTRICT JUDGE**