Case 2:19-cv-00384-LEW December 2, 2019; Date of filing 09/17/2019

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

UNITED STATES DISTRICT COURT

2020 DEC -2 P 3: 03

DISTRICT OF MAINE

DEPUTY CLERK

| LOUIS BRUCE SALVATO | ) | |
|---|---|---|
| Plaintiff | ) | |
| V. | ) | |
| | ) | 2:19-cv-00384-LEW |
| PORTLAND HOUSING AUTHORITY, | ) | |
| Et al., | ) | |
| Defendants | ) | |

## AMENDED COMPLAINT

PER ORDER OF THE U.S. DISTRICT COURT; DISTRICT OF MAINE

On November 21, 2019 I filed an improper text document that is now being refiled December 2, 2019, with appropriate text amendments.

New Defendant: Cheryl Sessions, newly appointed Executive Director of Portland Housing Authority, replacing prior Executive Director: Mark B, Adelson.

Cheryl Session's address is 14 Baxter Boulevard, Portland, Maine 04101.

Mark B. Adelson is to remain a Defendant.

Mark B. Adelson's resident address according to the on-line service @ White Pages is as follows: 87 Essex Street, Portland, Maine 04101.

Trevor Nugent and Clayton Williams will remain Defendants with no changes in their addresses.

Trevor Nugent's official title is Director of Property Management.

To help reduce with the cost of the number of services of complaints being served I am omitting the Portland Housing Authority's entire Board of Commissioners from the list of Defendants that I had originally filed with my case on September 17, 2019. I also honestly do not know if The Portland Housing Authority's Board of Commissioners' had knowledge of my case.

Dated this 2nd day of December, 2019

*Louis B. Salvato*
Louis B. Salvato

Plaintiff