## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LOUIS B. SALVATO, | : |
| Plaintiff, | : |
| v. | : |
| PORTLAND HOUSING AUTHORITY, et al., | : Civil No. 2:19-CV-00384-LEW |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above matter be dismissed with prejudice, without costs to either party, and waiving all rights of appeal.

DATED: October 25, 2021

Respectfully submitted,

**Defendants Portland Housing Authority, Cheryl Sessions, Mark Adelson, Trevor Nugent and Clayton Williams**

*By Their Attorney,*

/s/ Matthew J. LaMourie
Matthew J. LaMourie, Esq.

PRETI FLAHERTY, LLP
One City Center
Portland, ME 04101
207.791.3000
mlamourie@preti.com

DATED: October 25, 2021

**Plaintiff Louis B. Salvato,** *Pro Se*

*/s/ Louis B. Salvato*

18281938.1

## CERTIFICATE OF SERVICE ON PRO-SE PLAINTIFF

I hereby certify that on October 25, 2021, I arranged for both submission by email communication and first-class mailing of the Stipulation of Dismissal with Prejudice, to the following non-registered party:

> Louis B. Salvato
> 211 Cumberland Avenue, #1110
> Portland, ME 04101

> /s/ Matthew J. LaMourie
> Matthew J. LaMourie
>
> Attorney for the Defendants
>
> PRETI FLAHERTY, LLP
> One City Center, P.O. Box 9546
> Portland, ME, 04112-9546
> (207) 791-3000
> mlamourie@preti.com